```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16582
   PAULA WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3637

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00            .00            .00
GMAC MORTGAGE              MORTGAGE ARRE     2893.12            .00         318.81
INDYMAC BANK               CURRENT MORTG         .00            .00            .00
INDYMAC BANK               MORTGAGE ARRE         .00            .00            .00
INDYMACK BANK              NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER     1785.16            .00            .00
LVNV FUNDING               UNSEC W/INTER      217.77            .00            .00
CAPITAL ONE                UNSEC W/INTER      258.99            .00            .00
LVNV FUNDING LLC           UNSEC W/INTER     2030.68            .00            .00
DENNIS G KNIPP             DEBTOR ATTY       2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                            169.19
DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,488.00

PRIORITY                                             .00
SECURED                                           318.81
UNSECURED                                            .00
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              169.19
DEBTOR REFUND                                        .00
                        ---------------       ---------------
TOTALS                  2,488.00                2,488.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16582 PAULA WILLIAMS